**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE ASPEN G3 TRUST, A DELAWARE STATUTORY TRUST, | : : : : : | No. 31 WAL 2024 |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| Respondent | : | |
| | : : : | |
| v. | : : : | |
| LANA L. BOGO, AND RONDA L. BOGO, | : : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.